**Order entered November 8, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00655-CV

## IN THE INTEREST OF A.R.S., A CHILD

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-19-0972**

## ORDER

We **REINSTATE** this appeal which we abated to allow the trial court to conduct a hearing concerning the reporter's record of the trial portion of the underlying proceeding. The trial court held the hearing on November 2, 2021 and filed findings of fact on November 5, 2021.

In relevant part, the trial court found the reporter's record at issue will be prepared by Linda Maddox, the court's official court reporter, and will be filed no later than November 10, 2021. We **ADOPT** these findings and **ORDER** the record at issue be filed **no later than November 10, 2021**. We further **ORDER** appellant to file her opening brief **no later than November 29, 2021** and any reply

brief **no later than December 23, 2021** and **ORDER** appellee(s) to file the response brief(s) **no later than December 14, 2021**. *See* TEX. R. APP. P. 38.6(d). *In light of the time-sensitive nature of this appeal, we caution the parties that extensions will not be granted absent exigent circumstances*.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Brett A. Hall, Presiding Judge of the 382nd Judicial District Court; Ms. Maddox; Ms. LaToya Young-Martinez; and, the parties.

/s/ BILL PEDERSEN, III
JUSTICE